FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

AUG 22 2025

CHRISTOPHER A. PRINE
CLERK

8-18-25

Dear Clerk,

RE: Docketing Statement (TRAP Rule 32)
Challenge to Constitutionality of a State Statute
(Tex Gov. Code 402.010 A-1)

Clerk,

I have a Cause No. Court of Appeals
Number: 15-25-00132-CV
Trail Court Case No. D-1-GN-25-001988
John Eric Anderson Vs. State of Texas
From the 98th District Court of Travis County,
Texas

I need at least (2) copies of the prescribed
Forms now mandated under Tex. Rules of App.
Pro. Rule 32, and Tex. Gov. Code 402.010 (A-1),
the Docketing Statement, and Challenge to
Constitutionality of a state statute. I am in
Prison & do not have access to the internet, and
am being told by TDCJ that they will not provide
the Forms.

So please send me (2) copies of each forms A.S.A.P.

with Respect & Thank You

John Eric Anderson
#00552116
LeBlanc Unit 3 Bldg G 10 B
3695 FM 3514
Beaumont, Texas 77705



HOUSTON TX RPDC 773

20 AUG 2025 PM 2 L

John Aric Anderson
#55311**6**
Le Blanc Unit 3 Bldg 67D/B
3695 Fm 3514
Beaumont, TX 77705

Fifteenth Court Of Appeals - 235
P.O. Box 12852
Austin, Texas 78711

78711-285852

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

AUG 22 2025

CHRISTOPHER A. PRINE
CLERK